### UNITED STATES DISTRICT COURT FOR
### THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| STAR CO RANGER DIGITAL, LLC, a Texas company, | |
| Plaintiff, | CASE NO. 2:14-cv-00793 (JRG-RSP) |
| vs. | **JURY DEMANDED** |
| MICROSOFT CORPORATION, a Washington corporation; IMATION CORP., a Delaware corporation; KINGSTON TECHNOLOGY COMPANY, INC., a Delaware corporation; AMERICAN AIRLINES, INC., a Delaware corporation; AMERICAN AIRLINES GROUP INC., a Delaware corporation; BLACK KNIGHT FINANCIAL TECHNOLOGY SOLUTIONS, LLC, a Delaware company. | |
| Defendants. | |

**Plaintiff STAR CO Ranger Digital, LLC's Notice of Initial Disclosures**

Plaintiff STAR CO Ranger Digital, LLC ("STAR CO Ranger Digital") hereby notifies

the Court and all parties of record that on November 24, 2014, STAR CO Ranger Digital served

its initial disclosures as to Microsoft Corporation, Imation Corp., and Black Knight Financial

Technology Solutions, LLC, pursuant to Court's Docket Control Order (Dkt. No. 60).


Date: November 24, 2014                          Respectfully submitted,

                                                 */Christin Cho/*
                                                 Christin Cho
                                                 CA State Bar No. 238173
                                                 (admitted to practice before the U.S.
                                                 District Court for the Eastern District of
                                                 Texas)
                                                 Email: christin@dovellaw.com
                                                 Gregory S. Dovel
                                                 CA State Bar No. 135387

(admitted to practice before the U.S.
District Court for the Eastern District of
Texas)
Email: greg@dovellaw.com
***Dovel & Luner, LLP***
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069

ATTORNEYS FOR PLAINTIFF
STAR CO RANGER DIGITAL
LLC

### Certificate of Service

I certify that this document is being filed electronically and, as a result, is being served on counsel of record through the Electronic Filing System on the filing date listed above.

/s/ *Christin Cho*_____

2