# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STAR CO RANGER DIGITAL, LLC, a Texas company,<br><br>       Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington corporation; IMATION CORP., a Delaware corporation; KINGSTON TECHNOLOGY COMPANY, INC., a Delaware corporation; AMERICAN AIRLINES, INC., a Delaware corporation; AMERICAN AIRLINES GROUP INC., a Delaware corporation;  BLACK KNIGHT FINANCIAL TECHNOLOGY SOLUTIONS, LLC, a Delaware company.<br><br>       Defendants. | CASE NO. 2:14-cv-00793 (JRG-RSP)<br><br>**JURY DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and the Settlement Agreement entered on May 11, 2015, Plaintiff Star Co Ranger Digital, LLC ("Ranger") and Defendant Microsoft Corp. ("Microsoft") jointly file this Stipulation of Dismissal.  The parties have entered into a Settlement Agreement and have agreed to dismiss with prejudice all claims and counterclaims between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(ii), Ranger and Microsoft jointly stipulate to the dismissal with prejudice all claims and counterclaims between them. The parties further stipulate that they shall bear their own attorneys' fees, expenses, and costs.

Date: June 10, 2015                                                       Respectfully submitted,

                                                                                                                           */Christin Cho/*

Christin Cho
CA State Bar No. 238173
(admitted to practice before the U.S. District Court for the Eastern District of Texas)
Email: christin@dovellaw.com
Gregory S. Dovel
CA State Bar No. 135387
(admitted to practice before the U.S. District Court for the Eastern District of Texas)
Email: greg@dovellaw.com
***Dovel & Luner, LLP***
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

ATTORNEYS FOR PLAINTIFF
STAR CO RANGER DIGITAL LLC

*/s/ Philip Warrick*
J. Christopher Carraway (OR Bar No. 961723)
chris.carraway@klarquist.com
Joseph T. Jakubek (OR Bar No. 950326)
joseph.jakubek@klarquist.com
Philip Warrick (OR Bar No. 116191)
philip.warrick@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301
Melissa Richards Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION

## Certificate of Service

  I certify that this document is being filed electronically and, as a result, is being served on counsel of record through the Electronic Filing System on the filing date listed above.

       /s/ *Christin Cho*